## BAILMENT.

SEWALL *v.* ALLEN, 6 Wend. 335; 2 Wend. 327.

*Bailment ; Common Carrier ; Steamboat Owner.*

THIS was an action against the owners of a steamboat as common carriers, for the loss of a packet of *bank bills* delivered to the captain for carriage and delivery.

The Supreme Court held, that the owners of such a boat, carrying not only passengers, but light freight and parcels for hire, were common carriers, and answerable for all goods shipped on board their vessel, unless lost by inevitable accident or the enemies of the country. That an arrangement between the owners and the captain, allowing him the profits of carrying bank bills as a privilege does not discharge the owners, unless the shipper contracts with the captain himself, knowing that he receives the goods *on his own account*, as a part of his privilege, and not in his character of agent for the owners. That the instructions of the owners to the

captain not to carry money, did not excuse their liability unless notice of such instructions were brought home to the shipper. On error brought,

The Court of Errors held, that the defendants below were not liable for the loss of the bank bills entrusted to the master of one of their boats; it appearing that he had been forbidden by his employers to carry money; that he had never knowingly carried any; that the *usage* was for persons sending money to compensate the masters, and that the owners charged freight only on *specie*.

Judgment *reversed*, 15 to 6.

· ☞ See *Bank of Orange* v. *Brown*, 3 Wend. 158; and *Orange County Bank* v. *Brown*, 9 id. 85.